IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN H. PHILLIPS,

    *Plaintiff,*

v.

UNITED STATES BUREAU OF THE CENSUS,

    *Defendant.*

PROOF OF SERVICE

No. 70220410000066038355

I affirm that:

1. On November 1, 2022, as required by Rule 4(i)(2) in an action against a United States agency, I served copies of the complaint and summons in this action, as well as the ECF Rules & Instructions and the Individual Rules & Practices of Judge Rakoff, via United States Postal Service certified mail to the Civil Process Clerk for the U.S. Attorney for the Southern District of New York (86 Chambers Street, 3rd Floor, New York NY 10007).

2. I also sent copies of the same documents via certified mail to the U.S. Bureau of the Census (4600 Silver Hill Road, Washington, DC 20233).

3. On November 3, 2022, I received a domestic return receipt from the Postal Service certifying that complaint and summons were received at the U.S. Attorney's Office.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2022

Veniece Miller
ELECTION LAW CLINIC
HARVARD LAW SCHOOL
6 Everett Street, Ste. 4105
Cambridge, MA 02138