IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN H. PHILLIPS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES BUREAU OF THE CENSUS,<br><br>*Defendant*. | No. 22-cv-09304-JSR |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Declaration of Jordan A. Goldstein, dated August 11, 2023, the exhibits attached thereto, the Declaration of Ruth Merewyn Greenwood, dated August 11, 2023, the exhibits attached thereto, the Declaration of Theresa J. Lee, dated August 11, 2023, the exhibits attached thereto, the Declaration of Jeffrey Zalesin, dated August 11, 2023, the exhibits attached thereto, and the accompanying Memorandum of Law, Plaintiff Dr. Justin H. Phillips, by his undersigned attorneys, moves for an Order awarding attorneys' fees and costs pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552 *et seq*.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), any opposition papers must be filed on or before August 25, 2023, and any reply papers must be filed on or before September 1, 2023.

Dated: August 11, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Jordan A. Goldstein* | */s/ Theresa J. Lee* |
| Jordan A. Goldstein | Theresa J. Lee |
| Jeffrey Zalesin | Ruth Greenwood* |
| SELENDY GAY ELSBERG PLLC | ELECTION LAW CLINIC |
| 1290 Avenue of the Americas | HARVARD LAW SCHOOL |
| New York, NY 10104 | 6 Everett Street, Ste. 4105 |
| (212) 390-9000 | Cambridge, MA 02138 |
| jgoldstein@selendygay.com | (617) 496-0370 |
| jzalesin@selendygay.com | thlee@law.harvard.edu |
| | rgreenwood@law.harvard.edu |

* Admitted *pro hac vice*