**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUSTIN H. PHILLIPS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES BUREAU OF THE CENSUS, <br><br> Defendant. | No. 22 Civ. 9304 (JSR) |

**DECLARATION OF JEANNETTE VARGAS**

I, Jeannette Vargas, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1. I am an Assistant United States Attorney in the office of the United States Attorney for the Southern District of New York, attorney for Plaintiff United States Bureau of the Census (the "Census Bureau"). I am an attorney assigned to this matter, and am familiar with the proceedings herein. I submit this declaration in support of the Census Bureau's opposition to Plaintiff's motion for attorney's fees and costs.

1. Attached hereto as Exhibit A is a true and correct copy of an email that I sent to Plaintiff's counsel Ruth Greenberg, Jeff Zalesin, Theresa Lee, and Jordan Goldstein on January 20, 2023, at 1:55 p.m.

2. Attached hereto as Exhibit B is a true and correct copy of an email I sent to Delaney Herndon, Ruth Greenberg, Jeff Zalesin, Theresa Lee, and Jordan Goldstein on March 27, 2023 at 4:14 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       September 11, 2023

*/s/ Jeannette Vargas*
Jeannette Vargas