UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JUSTIN H. PHILLIPS |
| --- |
| V. |
| UNITED STATES BUREAU OF THE CENSUS |

No. 1:22-CV-9304

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

    I certify that:

    (a) I am duly enrolled in Harvard law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
    (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
    (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
    (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

    09/12/2023
    (date)

    (Signature of Student)

    Kelly Murphy
    (Print Name)

2. Certification of Law School Dean or Authorized Designee

    I certify that this student:

    (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
    (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
    (c) that Theresa J. Lee, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

    9/13/2023
    (date)

    (Signature of Dean or Authorized Designee)

    MEREDITH BOAK
    (Print Name)

    ASS'T DEAN CLINICAL & EXPERIENTIAL EDUCATION
    (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

_9/12/2023_
(date)

_Theresa J. Lee_ (Signature of Attorney)

_Theresa J Lee_
(Print Name)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

_9/18/2023_
(date)

(Signature of Attorney)

_Justin Phillips_
(Print Name)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

_____
(date)

_____
(Signature of Judge)

_____
(Print Name)